UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number:  18-23857-CIV-MARTINEZ-GOODMAN**

LUIS RIVERA,

      Plaintiff,

v.

R & A BAKERY CORP., *et al.*

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for appropriate resolution of all non-dispositive pretrial matters, as well as motions for attorney's fees and costs and motions for sanctions, in accordance with 28 U.S.C. §§ 636(b)(1)(A) and (B).  (ECF No. 5.)  Judge Goodman filed an R&R recommending that the District Court dismiss without prejudice this action due to Plaintiff's failure to follow the November 7, 2022 Order on the motions to withdraw and the December 8, 2022 Show Cause Order, and to close the case.  (ECF No. 53.)  The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Goodman's R&R, (ECF No. 53), is **AFFIRMED** and **ADOPTED**.  Accordingly, it is:

**ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to mark this case as **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ⏐ day of February, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record